UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JANE DOE,<br><br>    *Plaintiff*,<br><br>v.<br><br>GEFFEN RECORDS and<br>CAE CARTIER,<br><br>    *Defendant(s)*. | Case No.: 1:26-cv-20963-JB |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, and all proceedings heretofore had herein, Plaintiff John Doe will move this Court, in the United States District Court for the Southern District of Florida, on a date to be set by the Court, for an Order permitting Plaintiff to proceed under a pseudonym in this action, and for such other and further relief as this Court deems just and proper.

Dated: February 23, 2026          Respectfully submitted,

                    */s/ Adriana Alcalde*
                    Adriana Alcalde
                    **EISENBERG & BAUM, LLP**
                    24 Union Square East, Penthouse
                    New York, NY 10003
                    (212) 353-8700
                    aalcalde@eandblaw.com
                    *Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I, Adriana Alcalde, counsel for Plaintiff Jane Doe in the above-captioned case, do hereby certify that on February 23, 2026, I electronically filed this document with the Clerk's Office using the CM/ECF system, which then sent a Notice of Electronic Filing to all registered attorneys.

/s/ *Adriana Alcalde*
Adriana Alcalde
**EISENBERG & BAUM, LLP**
24 Union Square East, Penthouse
New York, NY 10003
(212) 353-8700
aalcalde@eandblaw.com
*Attorneys for Plaintiff*