UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JANE DOE,<br><br>     *Plaintiff*,<br><br>  v.<br><br>GEFFEN RECORDS and<br>CAE CARTIER,<br><br>     *Defendant(s)*. | Case No.: 1:26-cv-20963-JB<br><br>**MOTION TO SEAL** |

  **PLEASE TAKE NOTICE** that, upon the accompanying motion, and all proceedings heretofore had herein, Plaintiff Jane Doe will move this Court, in the United States District Court for the Southern District of Florida, on a date to be set by the Court, for an Order sealing Docket Entry No. 5-1, which contains Plaintiff's memorandum in support of Plaintiff's motion to proceed under a pseudonym in this action.

  Plaintiff filed her motion to proceed under a "Jane Doe" pseudonym on February 23, 2026. *See* Docket Entry No. 5. However, Plaintiff's memorandum of law inadvertently contains information that can be used to ascertain Plaintiff's identity in the caption of that document. Accordingly, Plaintiff promptly and respectfully requests that this Court exercise its discretion and seal Docket Entry No. 5-1 pursuant to Fed. R. Civ. P. 5.2(d) and/or any other applicable rule in order to prevent disclosure of Plaintiff's identity while the motion to proceed under pseudonym remains pending. Should that motion ultimately be granted, Plaintiff's identity will remain protected; and if the Court denies the motion, the document can be unsealed.

  We thank the Court for its time and attention to this matter.

2

Dated:  February 24, 2026                                   Respectfully submitted,

/s/ *Adriana Alcalde*
Adriana Alcalde
**EISENBERG & BAUM, LLP**
24 Union Square East, Penthouse
New York, NY 10003
(212) 353-8700
aalcalde@eandblaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I, Adriana Alcalde, counsel for Plaintiff Jane Doe in the above-captioned case, do hereby certify that on February 24, 2026, I electronically filed this document with the Clerk's Office using the CM/ECF system, which then sent a Notice of Electronic Filing to all registered attorneys.

               /s/ *Adriana Alcalde*
               Adriana Alcalde
               **EISENBERG & BAUM, LLP**
               24 Union Square East, Penthouse
               New York, NY 10003
               (212) 353-8700
               aalcalde@eandblaw.com
               *Attorneys for Plaintiff*